Douglas G. Matsui (#138239)
dmatsui@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
(626) 535-1900
(626) 577-7764 Fax

Attorneys for Defendant
Wells Fargo Bank, N.A.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN N. MASH,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA, SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, N.A. F/K/A WORLD SAVINGS BANK, FSB, an entity whose form is unknown; NDEX WEST, LLC, a limited liability company as DOE 1; and Does 2 through 50, inclusive,<br><br>        Defendants. | Case No. 8:11-cv-00349-JVS -MLG<br><br>Judge James V. Selna, Presiding<br>Courtroom 10-C<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Date: May 2, 2011<br>Time: 1:30 p.m.<br>Crtm.: 10-C |

    The motion of Defendant WELLS FARGO BANK, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells" or "defendant"), under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing the complaint of plaintiff JOHN N. MASH ("plaintiff") came on regularly for hearing before the Court.

    The Court, having read and considered the motion, the request for judicial notice, all opposition and reply papers, find and orders that Defendant Wells' Motion

1 | to Dismiss is granted.

2 |     IT IS HEREBY ORDERED:

3 |     1.    Defendant Wells' Motion to Dismiss is granted with prejudice;

4 |     2.    The Complaint is dismissed with prejudice.

6 | Dated: May 11, 2011     _/s/ James V. Selna_
7 |     UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**PROPOSED ORDER GRANTING MOTION TO DISMISS COMPLAINT**

on all interested parties in said case addressed as follows:

*Served Electronically Via The Court's CM/ECF System:*

*Counsel for Plaintiff:*

Moses S. Hall
LAW OFFICES OF MOSES S. HALL
2651 E. Chapman Ave., Suite 110
Fullerton, CA 92831
Tel.: (714) 738-4830; Fax: (714) 992-7916

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **March 21, 2011.**

| Mark Betti | |
|---|---|
| (Print name) | (Signature) |

O:\ECF Ready\Mash V. Wells Fargo - Proposed Order Granting MTD 5-2-11.DOC

CASE NO. 8:11-CV-00349 JVS-MLG

CERTIFICATE OF SERVICE